# LEVIN-EPSTEIN & ASSOCIATES

60 East 42nd Street • Suite 4700 • New York, New York
T: 212.792.0046 • E: Joshua@levinepstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/13/2023___

*VIA ECF*
The Honorable Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re: *Staffing Global Corp. v. B2C2 USA Inc. et al*
        **Case No.: 23-cv-3101**

Dear Honorable Judge Torres:

 This law firm represents Plaintiff Staffing Global Corp. (the "Plaintiff") in the above-referenced matter.

 Pursuant to Your Honor's Individual Motion Practice Rule I(C), this letter respectfully serves to request an extension of time to file the proposed case management plan and scheduling order from June 12, 2023 to, through and including, a date and time set by the Court after July 10, 2023.

 This is the first request of its nature. The basis of this request is that Defendants B2C2 Limited and B2C2 USA Inc. (together, the "Defendants") have not yet appeared in this case. Plaintiff intends to proceed with the initial case conference as soon as Defendants have appeared. In the alternative, Plaintiff intends to file an application for a clerk's certificate of default judgment if Defendants do not respond to the Complaint.

 We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

 Thank you, in advance, for your time and attention to this matter.

          Respectfully submitted,

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

      By: */s/ Jason Mizrahi*
        Jason Mizrahi, Esq.
        60 East 42nd Street, Suite 4700
        New York, New York 10165
        Tel. No.: (212) 792-0048
        Email: Jason@levinepstein.com
        *Attorneys for Plaintiff*

GRANTED.

SO ORDERED.

Dated: June 13, 2023
   New York, New York

_____
ANALISA TORRES
United States District Judge