USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/12/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Staffing Global Corp.,

                Plaintiff,

-against-

B2C2 USA Inc., and B2C2 Limited,

                Defendants.

23 Civ. 3101 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 17, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by June 12, 2023. ECF No. 8. On June 13, 2023, the Court granted Plaintiff's request for an extension to submit those documents by July 10, 2023. ECF No. 13. Those submissions are now overdue. Accordingly, by **July 26, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: July 12, 2023
       New York, New York

                                                  ANALISA TORRES
                                        United States District Judge