USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/29/2023__

# LEVIN-EPSTEIN & ASSOCIATES

60 East 42nd Street • Suite 4700 • New York, N...
T: 212.792.0046 • E: Joshua@levinepst...

**<u>VIA ECF</u>**
The Honorable Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

       Re: *Staffing Global Corp. v. B2C2 USA Inc. et al*
          <u>Case No.: 23-cv-3101</u>

Dear Honorable Judge Torres:

 This law firm represents Plaintiff Staffing Global Corp. (the "Plaintiff") in the above-referenced matter.

 Pursuant to Your Honor's Order dated July 27, 2023 [Dckt. No. 18] and Your Honor's Individual Motion Practice Rule I(C), this letter respectfully requests a two-week extension of time to file a proposed case management plan through and including September 11, 2023. This is the third request of its nature. The original date for the submission of the proposed case management plan was on June 12, 2023.

 The basis for the request is that the Plaintiff intends to amend its Complaint and add a new party to the instant lawsuit. Given that the Plaintiff intends to add a new party and file an amended complaint, the Plaintiff respectfully seeks a brief extension of time to submit a proposed case management plan.

 As set forth in Plaintiff's letter filed on July 26, 2023 [Dckt. No. 17], the Plaintiff has already provided the Defendants with informal discovery of 115 pages of documents to substantiate the claims in the operative Complaint. The Plaintiff also intends to supplement its informal disclosures.

 We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

 Thank you, in advance, for your time and attention to this matter.

            Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: August 29, 2023
   New York, New York

            _____
            ANALISA TORRES
            United States District Judge