UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Staffing Global Corp.,

                      Plaintiff,

          -against-

B2C2 USA Inc., and B2C2 Limited,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/12/2023_

23 Civ. 3101 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 17, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by June 12, 2023. ECF No. 8. On June 13, 2023, the Court granted Plaintiff's request for an extension to submit those documents by July 10, 2023. ECF No. 13. The parties failed to submit their joint letter and proposed case management plan by that date. ECF No. 16. On July 27 and August 29, 2023, the Court granted further requests for extensions to submit the documents. ECF Nos. 18, 20. Those submissions are now overdue.

    Accordingly, by **September 26, 2023**, the parties shall submit their joint letter and proposed case management plan. The Court shall not grant any further extension absent a showing of good cause, and Plaintiff is advised that failure to comply with the Court's orders shall result in dismissal under Federal Rule of Civil Procedure 41(b).

    SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                                      ANALISA TORRES
                                           United States District Judge