```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
STAFFING GLOBAL CORP.,

                Plaintiff,

-against-

B2C2 USA INC., and B2C2 LIMITED,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2023

23 Civ. 3101 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated October 17, 2023. ECF No. 27. The Court shall not endorse the proposed case management plan in its current form. ECF No. 27-1. The submission is required to be a joint one, which means that all parties must agree to proposed deadlines and abide by the schedule to be so-ordered by the Court. Plaintiff's letter does not state that Defendants join in the proposed case management plan. If the letter and plan are in fact a joint submission to the Court, please confirm as much.

    Otherwise, the parties are directed to confer and submit a joint letter and a proposed case management plan by **October 30, 2023**. In addition, the parties' proposed case management plan should not be completed with handwritten responses, and should include dates certain.

    SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge