UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STAFFING GLOBAL CORP.,

                Plaintiff,

-against-

B2C2 USA INC., and B2C2 LIMITED,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2023_

23 Civ. 3101 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' proposed case management plan dated October 30, 2023. *See* ECF No. 29-1. The parties have not completed paragraph three or paragraph ten of the case management plan form. *Id*. ¶¶ 3, 10. The parties "must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery." *Id.* ¶ 9. Accordingly, the parties are directed to include their preferred method and timing of alternative dispute resolution in paragraphs 10(b) and 10(c). By **November 6, 2023**, the parties shall file a revised proposed case management plan.

        SO ORDERED.

Dated: October 31, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge