USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __11/7/2023____

*VIA ECF*
The Honorable Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re:   *Staffing Global Corp. v. B2C2 USA Inc. et al*
      Case No.: 23-cv-3101

Dear Honorable Judge Torres:

This law firm represents Plaintiff Staffing Global Corp. (the "Plaintiff") in the above-referenced matter.

Pursuant to Your Honor's Individual Motion Practice Rules, this letter respectfully serves to request an extension of time to comply with Your Honor's October 31, 2023 Order [Dckt. No. 30] to, through and including, November 8, 2023.

This is the first request of its nature. The basis of this request is that the parties require additional time to meet-and-confer, regarding the proposed, refiled Case Management Plan.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
Jason Mizrahi, Esq.
60 East 42nd Street, Suite 4700
New York, New York 10165
Tel. No.:  (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

GRANTED.  The parties shall file their revised Case Management Plan by **November 8, 2023.**

SO ORDERED.

Dated:  November 7, 2023
        New York, New York

ANALISA TORRES
United States District Judge