UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STAFFING GLOBAL CORP.

                 Plaintiff,

    -against-

B2C2 USA INC., et al.,

                 Defendants.

23-CV-03101 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated January 19, 2024 (ECF 39), Judge Analisa Torres referred this case to Magistrate Judge Robert W. Lehrburger for general pretrial supervision, including scheduling, discovery, non-dispositive pretrial motions, and settlement, as well as for dispositive motions. On January 22, 2024, that referral was reassigned to me. Pursuant to this case's Civil Case Management Plan and Scheduling Order (ECF 35), fact discovery is scheduled to close on February 27, 2024.

Accordingly, it is ORDERED that, by **February 16, 2024**, the parties shall file a joint status letter on the docket informing the Court of the parties' progress in completing discovery. The February 16, 2024 joint status letter must address (1) the status of the parties' respective requests for production and (2) the status of depositions, if any, that remain outstanding for each party and the date that each such deposition is scheduled to be completed.

It is further ORDERED that the parties shall indicate in their February 16, 2024 joint status letter whether a settlement conference or a referral to mediation would be helpful at this time.

DATED:     February 12, 2024
             New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge