UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAFFING GLOBAL CORP., <br><br> Plaintiff, <br><br> -against- <br><br> B2C2 USA INC., et al., <br><br> Defendants. | 23-CV-03101 (AT)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  For the reasons discussed at the conference on February 29, 2024, it is ORDERED that Defendant shall promptly provide specific responses and objections to Plaintiff's Request for Production of Documents that clearly identify, with respect to each request, what categories of documents are being produced, and what categories of documents are being withheld and on what basis. **By March 5, 2024**, the parties shall meet and confer in good faith for at least one-hour, in person or by phone, to resolve Defendants' objections. **By 5:00 PM on March 8, 2024**, the parties will file a joint status letter on the docket that either 1) informs me the date by which they propose completing document discovery or 2) identifies any remaining disputes about document discovery.

DATED: March 1, 2024
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge