```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/12/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Staffing Global Corp.,

                Plaintiff,

-against-

B2C2 USA Inc., and B2C2 Limited,

                Defendants.

23 Civ. 3101 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for March 19, 2024, is ADJOURNED to **June 11, 2024**, at **10:00 a.m.**

    SO ORDERED.

Dated: March 12, 2024
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge