```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Staffing Global Corp.,

       Plaintiff,

 -against-

B2C2 USA Inc., and B2C2 Limited,

       Defendants.

23 Civ. 3101 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 On May 15, 2024, the Honorable Robyn F. Tarnofsky stayed this case while Plaintiff seeks new counsel. Accordingly, the case management conference scheduled for June 11, 2024, is ADJOURNED *sine die*.

 SO ORDERED.

Dated: June 6, 2024
   New York, New York

_____
ANALISA TORRES
United States District Judge